RECEIVED
SEP 3 0 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **DONALD M. BOSWELL** | **CIVIL ACTION NO. 11-739-P** |
| **VERSUS** | **JUDGE WALTER** |
| **CLAIBORNE PARISH DETENTION CENTER, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 30 day of September, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE