RECEIVED

APR 05 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DONALD M. BOSWELL | CIVIL ACTION NO. 11-cv-0739 |
| VERSUS | JUDGE WALTER |
| CLAIBORNE PARISH DETENTION CENTER, ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. 31) is granted and that all claims against the Claiborne Parish Detention Center and Staff of Claiborne Parish Detention Center are dismissed with prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 5 day of April, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE