UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DONALD M. BOSWELL

CIVIL ACTION NO. 11-cv-0739

VERSUS

JUDGE WALTER

CLAIBORNE PARISH DETENTION
CENTER, ET AL

MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. #99], and having thoroughly reviewed the record, including the written objections filed [Doc. # 104], and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that all remaining claims against all remaining Defendants are **DISMISSED WITH PREJUDICE**. All claims against all parties have now been resolved. This is a final judgment.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___9___ day of ___August___, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE